**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION**

JOHN KELLAT,

         Plaintiff,

    v.

SANDY JACKSON; MICHAELA
TODD; and GAIL HAYES,

         Defendants.

:
:
:
:
:
:
:
:
:
:
:
:

CIVIL ACTION NO.: CV612-031

## ORDER

    After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

    Defendants' Motion to Dismiss is **GRANTED**. Plaintiff's complaint is **DISMISSED** without prejudice, due to his failure to exhaust his administrative remedies prior to filing this cause of action. The Clerk of Court is hereby authorized and directed to enter an appropriate Judgment.

    **SO ORDERED**, this _16_ day of _August_, 2013.

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)