IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

JOHN KELLAT,

    Plaintiff,

v.         CIVIL ACTION NO.: CV612-031

SANDY JACKSON; MICHAELA TODD; and GAIL HAYES,

    Defendants.

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

Defendants' Motion to Dismiss is **GRANTED**. Plaintiff's complaint is **DISMISSED** without prejudice, due to his failure to exhaust his administrative remedies prior to filing this cause of action. The Clerk of Court is hereby authorized and directed to enter an appropriate Judgment.

SO ORDERED, this 16 day of August, 2013.

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)